JOHN O'NEILL, as President of BRANCH No. 2, LONGSHORE-MEN'S UNION PROTECTIVE ASSOCIATION OF THE GREATER NEW YORK, Appellant, *v.* WEST SIDE SAVINGS BANK, Respondent. LOCAL 791, INTERNATIONAL LONGSHOREMEN'S, MARINE AND TRANSPORT WORKERS ASSOCIATION, Respondent.

*O'Neill* v. *West Side Savings Bank,* 129 App. Div. 911, appeal dismissed. (Argued February 10, 1909; decided March 2, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1908, which affirmed an order of Special Term granting a motion for the interpleader of another party defendant.

*John Brooks Leavitt* and *Stuart G. Gibboney* for appellant.

*David McClure* and *Charles Haldane* for West Side Bank, respondent.

*Nathan Waxman* for Local 791, etc., respondent.

Appeal dismissed, with costs ; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.